36583. JONES *v.* WEST END THEATRE CO.

TOWNSEND, J. "After a general demurrer to a declaration has been sustained and the cause dismissed by the lower court, and that judgment affirmed by the appellate court without condition or direction, the declaration is not amendable. . . *Central R. & Bkg. Co.* v. *Paterson,* 87 *Ga.* 646 (13 S. E. 525); *Harp.* v. *Southern Ry. Co.,* 119 *Ga.* 927 (4) (47 S. E. 206); *City of Rome* v. *Sudduth,* 121 *Ga.* 420 (1) (49 S. E. 300); *Kehr* v. *Floyd & Co.,* 135 *Ga.* 424 (69 S. E. 550); *Federal Investment Co.* v. *Ewing,* 166 *Ga.* 246 (2) (142 S. E. 890); *McRae* v. *Sears,* 183 *Ga.* 133 (187 S. E. 664); *Redwine* v. *Frizzell,* 185 *Ga.* 191 (194 S. E. 175); *Durham* v. *Smith,* 188 *Ga.* 233 (3 S. E. 2d 719)." *Simpson* v. *Hayes,* 208 *Ga.* 754 (69 S. E. 2d 567). This case having been dismissed on general demurrer, and that judgment having been affirmed by the appellate court (*Jones* v. *West End Theatre Co.,* 94 *Ga. App.* 299, 94 S. E. 2d 135), the trial court did not err in vacating as improvidently granted an order allowing an amendment to the petition after the affirmance of the dismissal of the case by this court.
*Judgment affirmed. Gardner, P. J., and Carlisle, J., concur.*
DECIDED FEBRUARY 19, 1957.

*Grace W. Thomas,* for plaintiff in error.
*Nall, Sterne, Miller, Cadenhead & Dennis, Robert E. Hicks,* contra.